FILED
2019 Oct-04 PM 04:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| REBECCA ANNE PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | CASE NO.: 2:17-cv-01274-JHE |

## STIPULATION OF DISMISSAL OF CLASS CLAIMS WITH PREJUDICE

Plaintiff Rebecca Anne Peters ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, regarding the reporting and disclosure of public record information.

2. On April 12, 2019, a nationwide settlement was reached in the case of *Thomas v. Equifax Info. Servcs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.).

3. The terms of the *Thomas* settlement embrace the class claims alleged in this litigation, and thus resolve all class claims in this matter.

4. Judge M. Hannah Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Thomas* on September 13, 2019.  (*Thomas* ECF No. 55.)

5. No appeals have been taken from Judge Lauck's Order.

6. Therefore, the Parties stipulate to dismiss the claims asserted in this action with

prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the extent Plaintiff purports to bring them on a class wide basis. Plaintiff is proceeding with her individual claim.

7. The parties are engaged in negotiations to resolve Plaintiff's individual claim. Pursuant to the Court's Order (ECF No. 44), the parties will provide a status report by October 18, 2019.

Respectfully submitted.

Date: October 4, 2019

*s/ James A. Francis*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
FRANCIS & MAILMAN, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel.: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

Micah S. Adkins
THE ADKINS FIRM PC
1025 Westhaven Blvd., Suite 220
Franklin, TN 37064
Tel: (615) 370-9659
Fax: (615) 370-4099
MicahAdkins@ItsYourCreditReport.com

ATTORNEYS FOR PLAINTIFFS

Date:   October 4, 2019

*s/ Kirkland E. Reid*
Kirkland E. Reid
JONES WALKER LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel: (251) 432-1414
Fax: (251) 439-7358
kreid@joneswalker.com

Zachary A. McEntyre (*pro hac vice*)
John C. Toro (*pro hac vice*)
Meryl W. Roper (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Tel: 404.572.4600
Fax:  404.572.5100
zmcentyre@kslaw.com
mroper@kslaw.com
jtoro@kslaw.com

Katherine M. Stein (*pro hac vice*)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel. 512.457.2000
Fax. 512.457.2100
kstein@kslaw.com

ATTORNEYS FOR DEFENDANT

3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA ANNE PETERS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | CASE NO.: 2:17-cv-01274-JHE |

**[PROPOSED] ORDER**

Based on the Parties' Stipulation, the class action claims in the instant action are DISMISSED with prejudice.  Plaintiffs' claims will proceed on an individual basis.


Dated:  October __, 2019          _____
                                  Hon. Karon O. Bowdre
                                  UNITED STATES DISTRICT JUDGE