FILED

2020 Jan-13  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

REBECCA ANNE PETERS,

     Plaintiff,

   v.

EQUIFAX INFORMATION SERVICES, LLC,

     Defendant.

Case No. 2:17-cv-01274-KOB

## NOTICE OF SETTLEMENT

Plaintiff Rebecca Anne Peters ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby inform the Court as follows:

1.    This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., regarding the reporting and disclosure of public record information.

2.    On April 12, 2019, a nationwide settlement was reached in the case of Thomas v. Equifax Info. Servcs., LLC, No. 3:18-cv-00684-MHL (E.D. Va.).

3.    The terms of the Thomas settlement embrace the class claims alleged in this litigation, and thus resolve all class claims in this matter.

4.    Judge M. Hannah Lauck of the Eastern District of Virginia granted

final approval to the settlement and final judgment in Thomas on September 13, 2019.   (Thomas ECF No. 55.)

5.      No appeals were taken from Judge Lauck's Order.

6.      On October 4, 2019, the Parties stipulated to dismiss the claims asserted in this action with prejudice to the extent Plaintiff purported to bring them on a class wide basis.   Doc. 45.

7.      Negotiations to resolve Plaintiff's individual claim have been successful and have resulted in an agreement in principle.   The Parties expect to finalize the agreement and file a Stipulation of Dismissal by February 28, 2020.


DATED:  January 13, 2020                     Respectfully submitted,

/s/John Soumilas                                     /s/Meryl W. Roper
James A. Francis*                                     Zachary Andrew McEntyre*
John Soumilas*                                        Meryl W. Roper*
FRANCIS & MAILMAN, P.C.                               John Christopher Toro*
1600 Market Street, Suite 2510                        King & Spalding LLC
Philadelphia, PA 19103                                1180 Peachtree St. NE, Suite 1700
T: 215.735.8600                                       Atlanta, GA 30309
F: 215.940.8000                                       404-572-4600 (T)
jfrancis@consumerlawfirm.com                          404-572-5100 (F)
jsoumilas@consumerlawfirm.com                         zmcentyre@kslaw.com
jsartell@consumerlawfirm.com                          mroper@kslaw.com
                                                      jtoro@kslaw.com

Micah S. Adkins (ASB-8639-I48A)
THE ADKINS FIRM, P.C.
1025 Westhaven Blvd., Suite 220
Franklin, TN 37064
T: 615-370-9659
F: 615-370-4099
MicahAdkins@ItsYourCreditReport.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Rebecca Anne Peters*

Katherine McFarland Stein*
King & Spalding LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512-457-2020 (T)
404-457-2100 (F)
kstein@kslaw.com

Kirkland E. Reid (REIDK9451)
JONES WALKER LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL 36602
251-439-7513 (T)
251-439-7358 (F)
kreid@joneswalker.com

*Attorneys for Defendant Equifax Information Services, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 1st day of November 2019, I served a copy of the foregoing via CM/ECF filing, which will send notification to the following counsel of record:

> Zachary Andrew McEntyre
> Meryl W. Roper
> John Christopher Toro
> King & Spalding LLC
> 1180 Peachtree St. NE, Suite 1700
> Atlanta, GA 30309
> 404-572-4600 (T)
> 404-572-5100 (F)
> zmcentyre@kslaw.com
> mroper@kslaw.com
> jtoro@kslaw.com
>
> Katherine McFarland Stein
> King & Spalding LLP
> 500 W. 2nd Street, Suite 1800
> Austin, TX 78701
> 512-457-2020 (T)
> 404-457-2100 (F)
> kstein@kslaw.com
>
> Kirkland E. Reid (REIDK9451)
> JONES WALKER LLP
> RSA Battle House Tower
> 11 North Water Street, Suite 1200
> Mobile, AL 36602
> 251-439-7513 (T)
> 251-439-7358 (F)
> kreid@joneswalker.com
>
> *Attorneys for Defendant Equifax*
> *Information Services, LLC*
>
> _____*/s/ James A. Francis*_____
> James A. Francis

4