FILED

2020 Mar-16  AM 07:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **REBECCA ANNE PETERS,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **VS.** | ] | **CIVIL ACTION NO.** |
| | ] | **2:17-CV-1274 KOB** |
| **EQUIFAX INFORMATION** | ] | |
| **SERVICES, LLC.,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## O R D E R

This cause comes before the court upon the "Stipulation of Dismissal."

(Doc. 52).  Upon consideration thereof, the court ORDERS that this case be, and

the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, each party to

bear its own costs and fees.

**DONE**  and **ORDERED** this 16th day of March, 2020.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE